IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN SHAHABI,<br><br>Defendant. | Case No: 9:26-po-5031-KLD<br><br>Violation: FBGA002T<br>Location Code: M10<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and

all future court dates are vacated.

Dated this ____ day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1